VÁZQUEZ, PLAINTIFF AND APPELLEE, *v.* CENTRAL VANNINA, DEFENDANT AND APPELLANT.

APPEAL from the First District Court of San Juan in an Action for Damages.

No. 2754.—Decided July 12, 1923.

DAMAGES—NEGLIGENCE—MEASURE OF DAMAGES.—It having been proved that because of the defendant's negligence the plaintiff suffered injuries; that as a result of the accident her health was permanently impaired, and that she underwent physical suffering and intense mental anguish and sustained loss of property, it was held that a judgment for $5,000 was reasonable.

The facts are stated in the opinion.

*Mr. D. Monserrat* for the appellant.

·Messrs. *F. González* and *C. Iriarte, Jr.,* for the appellee.

MR. JUSTICE FRANCO SOTO delivered the opinion of the court.

Isabel Vázquez, the plaintiff in this case, was one of the passengers traveling in the automobile owned and driven by Gerardo M. García when it was truck by a locomotive of the defendant in the afternoon of February 19, 1920. In the opinion delivered in case No. 2753 on appeal in the action brought by Ramona Morales, another passenger in the same automobile, against the Central Vannina all of the questions of fact and of law involved in the case were considered and the principles therein laid down are entirely applicable to this case.

The only distinct question to be disposed of specifically in this case is as to the amount of the damages. The plaintiff sued for $5,000. It was proved that as a result of the collision she suffered the following injuries: An incised wound of some depth in the right temple; a deep v-shaped lasceration covering the front and back of the middle third of the right arm; an ecchymotic contusion on the front part of the left knee, and another contusion in the right abdominal region, which was the most serious of the injuries for the reason that she continued suffering from a displacement of the right kidney towards the left owing to a traumatic relaxation of the ligaments supporting the kidneys. It was also proved that as a result of the accident her health was impaired and that she underwent physical suffering and intense mental anguish and sustained loss of property.

Such being the case we think that the sum of $5,000 is not excessive; therefore, the judgment appealed from is

*Affirmed.*

Chief Justice Del Toro and Justices Wolf, Aldrey and Hutchison concurred.